25-144-88-KHT

Amended Motion & Application To Employ Michael M Noyes as Tax Attorney & Accountant.

To the Honorable ~~Kimberly~~ Kimberley Hot Tyson,

I.

The movant Debtor Vance Acevedo, the Debtor in Possession (the "Debtor") requests the entry of an order authorizing the employment of Michael M Noyes as its tax attorney and accountants. A proposed order for review and approval by this court is attached per local rules of Bk for district of Colorado.

In support of this request the debtor states as follows:

The debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 18 2025. The debtor is authorized to continue to operate its business as a debtor in possession and has a fiduciary interest to settle the outstanding tax matters in a timely manner so that a plan of reorganization can be submitted for approval.

II.

The Need For A Tax Attorney & Accountant

The debtor is an individual and much of the estates debt after the bar date passed remains unresolved tax liability or refunds due to the estate. Returns for both the Federal "IRS" and the State of Colorado require complex matters that require the expertise of an experienced accounting professional.

At some point both the U.S. Trustee and this court recommended seeking such assistance and in the interests of all creditors and the estate and getting these tax issues resolved In the most expeditious fashion this motion is both proper and necessary.

The debtors financial records are fairly extensive and the tax issues at hand are also fairly complex and the debtor in possession requires professional assistance to perform its duties under the bankruptcy code, including but not limited to:

*Providing and reviewing tax returns that are needed by both the IRS and the State of Colorado as appropriate. Addressing State returns not necessary as well is another matter for tax professional to address.

*Reviewing and submitting accurate monthly operating reports with the court and U.S. Trustee. While DIP has made a honest and complete effort to comply with this requirement it is in DIP and all creditors' best interest in this case have a professional review prior to submission.

FILED
CLERK OF COURT
JAN 13 2026
U.S. BANKRUPTCY COURT

25-14488-KHT

*Providing schedules of assets, labilities or other financial requirements that may be required to submit a proposed plan of reorganization which the DIP is eager to do.

*Assisting with the financial projects which will be needed to formulate a successful plan of reorganization for this court's approval.

*Preparing a final accounting and financial reporting as required under fresh start accounting standards upon emergence from Bankruptcy and approval of discharge of the plan.

Given the significant and complex financial issues at hand the employment of a qualified and experienced accounting firm is in the best interests of the debtors estate and all of its creditors.

**III.**

The debtor "DIP" has selected Michael M Noyes because of its extensive legal tax experience and its experience handling accounting matters in Chapter 11 proceedings. Michael M Noyes is well positioned for this case as Mr Noyes is both a CPA and a licensed attorney with a great deal of tax and tax-related legal expertise.

Michael M. Noyes is a "disinterested" person as defined in the bankruptcy code. The firm does not hold any interest adverse to the debtor or the estate, and it has conducted a conflicts check and has determined that it has no prior relationship with the debtor or any major creditors that would create any conflict of interest.

The firm has provided a proposed engagement letter which was attached to the original motion (docket 76) dated November 13, 2025. Its compensation will be on an hourly basis and is subject to court approval.

Request for Relief

The debtor therefore requests approval of the attached order authorizing the employment and retention of Michael effective on the date of after-court approval. This motion is amended to remove the nunc pro tunc request per the U.S. trustee's objection (docket 79) dated November 19, 2025. Debtor's intention was to indicate that tax matters handled would be both those that arised during this case as well as those that need to be completed prior to both the filing of the case and creation of this bankruptcy estate.

Handling those prior taxes is extremely important to all creditors, this court and of course the impacted agencies including the State of Colorado and the IRS. Resolution of these existing returns will help the estate determine any debt owed or due refunds so that a proper plan of reorganization can be submitted.

25-14488-KHT

No work has been completed by Mr. Noyes prior to this court's approval of the attached motion and to further address the U.S. trustees concern no payments have been made, no fees have been accrued nor will they until this court properly issues it approval for same.

Michael Noyes Corporation is providing the DIP a 25% discount compared to the firm's normal hourly rate. Debtor requests the court order be granted to allow for an initial $3,000 payment be made to Michael M. Noyes, which be credited in full for work in completing taxes, providing legal tax advice in this case at the agreed to discounted hourly rate.

Debtor would request that the court allows up to 1 hour monthly for a review of and assistance in completing the Monthly Operating reports.

In addition, debtor would ask that court approve up to 5 hours monthly or as it deems appropriate to complete the tax related issues. Debtor would like these issues resolved expeditiously so that any debt or refunds due can be secured and a plan of reorganization can be submitted forthwith.

No other objections were received or noticed by any creditor and Debtor believes it has addressed all objections and concerns raised by U.S. Trustee in its November 19, 2025 filing (Docket 79)

Date ~~12/29/2025~~ 01/12/26
VA

Respectfully Submitted,

Vance Acevedo

Vance Acevedo

FILED
CLERK OF COURT
NOV 13 2025
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

THE LAW OFFICES OF
**MICHAEL M. NOYES**
*A PROFESSIONAL CORPORATION*
*THE CENTERRA BUILDING*
*1873 S. BELLAIRE ST., #1401*
*DENVER, CO 80222*
*(303) 756-6789*
*FAX (303) 756-1234*
*EMAIL: MICHAEL@NOYESLAW.COM*

# ATTORNEY-CLIENT FEE CONTRACT

This Attorney-Client Fee Contract ("Contract") is entered into by and between the Client(s) who signs below and Michael M. Noyes of Michael M. Noyes, A Professional Corporation.

1. Client hires Attorney to provide legal services in connection with:

DIP Accounting and tax matters in Chapter 11 Case

The attorney shall provide those legal services reasonably required to represent Client, and shall take all reasonable steps to keep client informed of such representation and to respond to Client's inquiries. Client shall be truthful with Attorney, cooperate with Attorney, keep Attorney informed of developments, abide by this Contract, and keep Attorney advised of Client's address and telephone number.

## GENERAL FEE STIPULATIONS

A. There shall be a **$297 hourly fee** as a Legal Shield member. The retainer payable in advance is $3,000. The client agrees to pay this rate even if the work performed is different than what is originally contemplated above. You will be charged for the hiring consultation and any prior consultation and file set up. The attorney MAY elect as his discretion to NOT accept any particular case that arises.

B. Billing statements are provided on a regular basis and/or upon request and/or at case termination. You hereby authorize a charge against any credit card on file for unpaid bills pursuant to this contract on the 30th day after the bill is presented if not previously paid or disputed in writing.

C. REFUND requests are requested IN WRITING and can be orally made, and will be returned at the end of the month it is requested, or within 20 days of receipt, whichever is later. YOU AGREE THAT FEES PAID BY CREDIT CARD WILL BE REFUNDED BY CHECK ONLY AND NOT BY REVERSING THE CREDIT CARD CHARGE AND THE REFUND WILL ALSO BE REDUCED BY ANY CREDIT CARD FEES CHARGED (typically 2.4%). You agree that any discount given in any fee statement or reconciliation may be rescinded at any time by the attorney. If the refund request is because of termination by you the charge will be one hour if a motion to withdraw is necessary.

## PRIVACY CONSIDERATIONS

I ALSO GIVE TO THE ATTORNEY POWER OF ATTORNEY TO SIGN ON MY BEHALF MY NAME TO ANY NECESSARY DOCUMENTS AT ANY TIME. This provision is never a defense to a dismissed case or any other negative result should the attorney not exercise the right to sign for the client. I also give the attorney the right to contact me by phone, fax, e-mail or letter to my place of employment or home.

initials ____________ initials ____________

2. **COSTS** All costs incurred, including but not limited to postage, telephone and copying, shall be reimbursed by the client to the attorney. The charges for various costs are as follows:

| | |
|---|---|
| 25c | A quarter per page for copy charges |
| 40c | per page to or from for facsimile or email printing |
| $30 | Per check that does not clear the bank |
| $145 | per hour for any work performed by my assistant other than that described above |
| 18% | interest on all past due amounts<br>(Travel time is billed at the full hourly rate between 8:30A-5:00P, otherwise it is billed at half the hourly rate.) |
| cost | Filing fees for case |
| cost | Delivery charges (billed at standard delivery charges if delivered through our offices) |

3. Client may discharge Attorney at any time. To avoid ambiguity, it is preferred but not required that any client discharge of the Attorney is in writing. Attorney may withdraw with Client's consent or for good cause. Good cause if, in the attorney's sole opinion, the Client is abrasive, abusive, argumentative or difficult, or is unable to or refuses to cooperate with Attorney or to follow Attorney's advice on any material matter. If fees remain outstanding for more than 10 days, or a requested retainer is not replenished and paid within 10 days you agree that the attorney may notify you in writing that he elects to withdraw from your case and you will not dispute the withdrawal. Any fee disputes concerning this contract shall be decided by the Fee Section of the Colorado Arbitration Association of the State Bar and both client and the attorney agree that any decision reached will be binding.

4. When Attorney's services conclude, all unpaid charges shall become immediately due and payable. Upon conclusion, Attorney will, upon Client's request, deliver Client's file to Client, along with any other property of Client's that Attorney possesses. Your file will be retained for ten years from the date the representation started.

5. Of course, nothing in this Contract and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of Client's matter, and Attorney makes no promises or guarantees. Any of Attorney's comments about the outcome of Client's matter are expressions of opinion only.

(X) Vance Acevedo DIP
Client – Vance Acevedo as a Debtor in possession

Date: 11/13, 2025

[signature]
Michael M. Noyes, Attorney

Date: 11/13, 2025

with Michael M. Noyes Corporation.
I, Michael Noyes under penalty of perjury as Michael Noyes is both a CPA and an attorney admitted to practice in Colorado,

This firm/corporation has no relevant connections to the debtor, creditors, or any other party of interest in this case.

Both Debtor and Michael Noyes stipulate that Michael Noyes Corporation is **not** being retained as attorney to handle the Chapter 11 case. The debtor will continue to represent self as Pro se in this case.

Both parties stipulate the trustee; The court and other parties shall continue to communicate directly with DIP (debtor) for all case related matters.

The agreement between Michael Noyes, a Professional Corporation, hereinafter "MMNPC", and the debtor is for tax-related and accounting matters as they might arise for the estate and is limited to such unless court approval and a new retainer agreement is provided. Mr. Noyes may provide guidance and or preparation of monthly operating reports or other tax related matters as and Attorney and not as a CPA as agreed between DIP and MMNPC.. As approved by court. Debor (DIP) and Mr. Noyes will separately enter into an agreement for services provided and limits to the same.

MMNPC is not a creditor, equity security holder or an insider of debtor and is not and was a director, officer or an employee of the debtor. It does not have an interest materially adverse to the bankruptcy estate or any class of creditors in this case.

The firm is a "disinterested person" as defined in 11 U.S.C $101(14).

The firm will serve as an legal advisor for tax and operating reporting matters and will be compensated as agreed at $297 per hour as agreed in separate retainer with an initial $3,000 retainer to be paid for by DIP. MMNPC may submit a monthly invoice for work completed for the estate for all tax and accounting related matters as requested by DIP and in compliance with court approval and order in this case.

No understanding or agreement exists between the firm and any other person or entity for sharing fees or compensation received or to be received for the services rendered in or in connection with this case other than as a member of the firm.

I affirm under penalty of perjury the foregoing statements are true and correct

Date 11/12/25
By [signature] M M Noyes

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: Vance Acevedo (First Name / Middle Name / Last Name)    Case #: 25-14488-KHT

Debtor 2: ______ (First Name / Middle Name / Last Name)    Chapter: ______

FILED
CLERK OF COURT
JAN 13 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1 L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on January 13 2026 month/day/year], I served a complete copy of Amended motion, proposed order to employ **[document title, e.g, "Motion, Notice, and Proposed Order"]** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Amended motion and proposed order to employ Michael M Noyes

**[List each party served and the manner of service, e.g., "Attorney Jane Smith, 123 Main St., Denver, CO, 80202" or "Attorney John Smith, via CM/ECF"]**

**Part 2 L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on 13th January 2026 **[month/day/year]**, I served a complete copy of Amended motion to employ & proposed order **[document title, e.g. "Notice"]** on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on ______ [month/day/year]** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

**Part 3 Signature** Vance Acevedo

Dated: 1/13/26

By: Vance Acevedo
Signature

Bar Number (if applicable): ______
Mailing Address: 5174 Weaver Dr
Telephone number: 7029109094
Facsimile number: ______
E-mail address: acevedo2514488kht@gmail.com