**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Vance Acevedo<br>SSN / ITIN: xxx-xx-2886,<br><br>Debtor. | Case No. 25-14488-KHT<br>Chapter 11 |

**AGREED ORDER APPROVING APPLICATION TO EMPLOY**
**MICHAEL M NOYES AS TAX ATTORNEY & ACCOUNTANT**

This matter is before the Court on the Debtor's *Amended Motion & Application to Employ Michael M Noyes as Tax Attorney & Accountant* (the "Application to Employ") [Docket No. 80] and the United States Trustee's Objection [Docket No. 90]. The Court being satisfied that Michael M Noyes ("Noyes") is a "disinterested" person as that term is defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the estate, it is HEREBY ORDERED THAT

1. The Application to Employ is granted to the extent set forth herein.

2. The Debtor is authorized to employ Noyes as his tax attorney and accountant pursuant to 11 U.S.C. § 327(a). For the avoidance of doubt, Noyes shall not be employed as the Debtor's general bankruptcy counsel. Noyes' employment shall be limited to the tax matters expressly referenced in the Application to Employ, as well as assisting with the preparation of the Debtor's monthly operating reports and any financial projections needed to formulate a plan of reorganization.

3. Notwithstanding any statements in the Attorney-Client Fee Contract signed by Noyes and the Debtor, the Debtor is not authorized to pay Noyes with a credit card.

4. Any request to approve payment of a retainer to Noyes shall be made by separate motion and notice pursuant to Local Bankruptcy Rule 2014-1(d).

5. Noyes shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the representation of the Debtor in compliance with the Bankruptcy Code and applicable provisions of the Bankruptcy Rules and Local Rules. The Debtor may only compensate Noyes after the Court has approved the applicable application for compensation.

6. The fees and costs charged by Noyes are subject to allowance or review by the Court in accordance with 11 U.S.C. §§ 329, 330, and 331.

7. With the entry of this Order, the United States Trustee's Objection to the Application to Employ is deemed resolved.

SO ORDERED.

Dated: March 30, 2026

By the Court:

Hon. Kimberley H. Tyson
Chief United States Bankruptcy Judge